UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTER HAYDEN, et al., | Case No. C22-1527-JHC |
| Plaintiffs, | |
| v. | ORDER RE: MOTION TO PROCEED IN FORMA PAUPERIS |
| CALI KNIGHT, et al., | |
| Defendants. | |

Plaintiffs Walter Hayden and the Family and Community Resource Foundation

("FCRF"), proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. 1-

1. Mr. Hayden filed an application to proceed *in forma pauperis* (IFP). However, to proceed

without payment, *each* plaintiff must submit a completed IFP application and be found to qualify

for IFP status. Local Civil Rule (LCR) 3(c)(1). Moreover, FCRF cannot proceed IFP because it

is an artificial entity and not a natural person. *Rowland v. California Men's Colony*, 506 U.S.

194, 196 (1993). Accordingly, if Plaintiffs would like the Court to consider the pending IFP

application, Mr. Hayden must submit an amended complaint omitting FCRF as a plaintiff within

**thirty (30) days** of the date of this Order. Plaintiffs are advised that failure to comply with this

Order will result in a recommendation that the IFP application be denied and this case dismissed

ORDER RE: MOTION TO PROCEED IN FORMA
PAUPERIS - 1

1 unless Plaintiffs pay the filing fee.[1]

2        The Clerk is directed to send copies of this order to the parties and to the Honorable John

3 H. Chun.

4        Dated this 21st day of November, 2022.

5

6                                        S. KATE VAUGHAN
                                         United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23        [1] Plaintiffs are further advised that a business entity must be represented by counsel.  LCR 83.2(b)(4);
*Rowland*, 506 U.S. at 201–02 ("It has been the law for the better part of two centuries … that a corporation may
appear in the federal courts only through licensed counsel.").  As such, if FCRF intends to remain as a party in this
matter, it will be required to obtain legal representation.


ORDER RE: MOTION TO PROCEED IN FORMA
PAUPERIS - 2