Here In This 1983 Civil right law suit   2:22-w-01527JHC

Family And Community
Resource foundation
IS Omitted as
Plaintiff # 2

thank you

Walter Jay Cenor

11/28/2022

```
_____FILED      _____ENTERED
_____LODGED     _____RECEIVED

        NOV 2 8 2022    MV
              AT SEATTLE
        CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

_____ Division

| | |
|---|---|
| Walter G Hayden Jr | Case No. 2:22-W-01527JHC |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | Jury Trial: _(check one)_ ☐ Yes ☐ No |
| –v– | |
| King County & Seattle City Municipalities Governmental Agencies and Agents | |
| _Defendant(s)_ | |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_ | |

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 28 2022   MV

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                  Walter G Hayden Jr
Address               5816 46th Ave S
                      Seattle        WA        98118
                              *City*          *State*          *Zip Code*
County                King
Telephone Number      (206) 566-8693
E-Mail Address        wghayden1111@gmail.com

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name              Cali Knight - Executive Branch-
    Job or Title *(if known)*   Executive Director External Relations
    Address           401 5th Ave # 800
                      Seattle        WA        98104
                              *City*          *State*          *Zip Code*
    County            King
    Telephone Number  (206) 263-9600
    E-Mail Address *(if known)*   cknight@kingcounty.gov
                      ☐ Individual capacity   ☐ Official capacity

Defendant No. 2
    Name              Gail Stone - Executive Branch-
    Job or Title *(if known)*   Law & Justice Senior Policy Advisor
    Address           401 5th Ave # 800
                      Seattle        WA        98104
                              *City*          *State*          *Zip Code*
    County            King
    Telephone Number  (206) 819-1755
    E-Mail Address *(if known)*   Gail.stone@kingcounty.gov
                      ☐ Individual capacity   ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

Michael Padilla - Executives Branch- External Relations Associate
401 5th Ave #800
Seattle    WA    98104
     *City*      *State*      *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

King
(206) 263 - 9600
m.padilla.ocampo@king county.gov

☐ Individual capacity    ☑ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

Claudia Balducci - King County Council Branch-
King County Council Woman- Chair -
King County Council Clerk 516 3rd Ave Rm 1200
Seattle    WA    98104
     *City*      *State*      *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

King
(206) 477-1001
claudia.balducci@king county.gov

☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Under Article 1 Section 8 and under Article 3 Section 2

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Mail body: Re: 2 King County Washington State Municipality Governmental Agency And Agents.

2 King County Washington State Municipality Governmental Agencies And Agents.

**King County Council Branch Municipality Governmental Agents**

**Defendant 5**
Rod Dembowski King County Councilman And 2022 Chair of the Council's Transportation, Economy and Environment Committee
King County Council Clerk at 516 3rd Ave, Room 1200,
Seattle, King County
Washington 98104
(206) 477-1001

**Defendant 6**
Zahilay Girmay, King County Councilman And Vice Chair for King County Council, District 2 King County Council Clerk at 516 3rd Ave, Room 1200,
Seattle, King County
Washington 98104 206-477-1002

King County Washington State Municipality Governmental Agency And Agents.
King County Ombudsman Branch

**Defendant 7**
Amy Calderwood, Director at King County Ombudsman's Office
Seattle, Washington, United States
King County Office of the Ombuds
King County Court House
516 Third Avenue Room 1200
Seattle King County Washington 98104
(206) 477-1050

**Defendant 8**
Luke Oh, Luke Oh Deputy Ombuds King County Ombuds Office
King County Office of the Ombuds
King County Court House
516 Third Avenue Room 1200
Seattle King County Washington 98104

(206) 477-1057


**Defendant 9**
**Jonathan Stier Senior Deputy Ombuds King County Ombuds Office**
**King County Office of the Ombuds**
**King County Court House**
**516 Third Avenue Room 1200**
**Seattle King County Washington 98104**
**(206) 477-1050**


**City of Seattle King County Washington State Municipality Governmental Agency And Agents.**

**Defendant 10**
**Bruce Harrell**
**Mayor Of Seattle City Hall**
**P.O. Box 94749,**
**Seattle, King County**
**Washington 98124-4749**
**(206) 684-4000**

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

B.     What date and approximate time did the events giving rise to your claim(s) occur?

C.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

I Walter Glen Hayden Jr am the Founder and Executive Director Of Family And Community Resource Foundation.

I Approach this US District Court Western District United States Seek Equity as well as Law Under Article 3 Section 2- I explain equity and civil law how these King County Municipalities Governmental Agents As Individuals acted under color of law and together in Municipalities Governmental Agency And Agents together under color law.

In the summer of 2021 Launched My Campaign In Seattle and some surrounding areas of King County called FUND THE SOLUTION FUND THE FUTURE
EATC
From my non profit 501c3 called Family And Community Resource Foundation.

In late August of 2021 I got out yard signs fliers and poster with website landing page qr codes into all lithe yard signs fliers and posters, during last years election time. This was to familiarize my self my organization my work and Vision of EATC with the people And Politicians that win office they would remember me from the campaign trail and know my work.

Than January of this year 2022 I began to contact The City Of Seattle and King County Leaders to introduce my self and the work of my EATC proposals I am proposing to do in relationship and partnership with the City of Seattle and King County Than ultimately Washington State.

After various email contacts with City Of Seattle Council Leaders and King County Council leaders I got a response from Christena Coutsoubos
Aide to Councilmember Lisa Herbold. Christina Coutsoubos than introduced me to Safe and Thriving Communities divisionof Human Service Department and BIPOC Director Rex Brown.
Rex brown after several meetings than asked me to submit to him my EATC Seattle Proposal.

After Submitting the EATC Seattle Proposal to him and not receiving adequate response and interaction befitting his Directorship and BIPOC Office.
I decided to contact is superior Lisa Herbold who introduced us initially to communicate to her Rex Browns complete inadequacy in our inter actions and handling of my proposal.
I got no response back from Lisa Herbold office.
I than found out later ther Lisa Herbold was out on hiatus. After Rex Browns complete disastrous interaction I than decided to continue on my path to the Other City of Seattle Leader the Mayor of Seattle Himself and Dow Constantine Claudia Balducci and Rod Dembowski
and than Director Of Human Service Department Of City Of Seattle Tany Kim.

And since Tanya Kim was Rex Brown Superior Director to move into communication with her since Lisa Herbold was on hiatus and she was the authority over his authority.

I than went further  and submitted my EATC Seattle Proposal Through United States Post Office to
The King County Executive Dow Constantine,
 The King County Council Chair Claudia Balducci,
And At Time of Contact With Vice Chair Rod Dembowski ,
Acting Director Tanya Kim,
And Seattle Mayor
Bruce Harrell .

Tanya Kim responded first to my proposal via email stating that in her capacity of acting director of Human Service Department of City of Seattle she could not fund my Proposal the EATC Seattle Proposal.

 I than contacted Dow Constantine's Executive Office to check status of proposal at Dow Constantine's Executive office and spoke to Executive Program Assistant I
King County Executive's Office Venus Mollett. March 3 2022. She said the office was working remotely and someone would go in and confirm receipt of proposal. I said okay I would call her back.

I called back March 18 2022. Venus said they could not confirm the presence of my Proposal at the Executives office but offered to me to email it to her and she would get the proposal into the proper hands at the Executives Office.
In which Venus confirmed receipt of proposal and than she got it to the right hands like she stated.
Than when it got to the right hands it was also confirmed that the hard copy mailed in Proposal was confirmed found as well.
I than had random contacts with Venus to tell her that I did not want Marcus Stubblefield who worked in the King County Executive Office involved with this process because of past harm that was caused in the King County Credible Messengers Ordeal and she said okay she would relay that to the people who had the proposal. After that Venus and my contact was in regards to when the people with the proposal would contact me.

Than finally May 24th I got a response from Micheal Padilla
External Relations Associate
Office of King County Executive Dow Constantine via email. I missed that email but than recieved a second email from Micheal Padilla this email had Venus cc'd.
I responded to that email and in that email he offered dates to have a team meeting.
I selected a date.
Before Micheal Padilla and my Teams Meeting (Microsoft Version Of Zoom or face time a

conference meeting platform where people meet visually) occurred he said one of his colleagues wanted to join us and asked if I would mind I said no. He said his colleagues name was Law & Justice Policy Advisor senior policy advisor in the Office of the King County Executive, Dept. of Performance, Strategy and Budget

King County Executive Dept., PSB  Gail Stone. He never said Gail Stones Title or position at the Executives office so I assumed she was a colleague from External Relations a Associate same as he is.

So June 8th We had the Teams Meeting Micheal And I met and discussed EATC Seattle But I Also introduced the  EATC Notes For the King County EATC FACRF Interconnection System

 ( the Proposal Notes For King Counties EATC I mentioned in the EATC Seattle Proposal) As Micheal Padilla Talked And I Talked Gail never spoke she only took notes for the whole meeting.  This Team Meeting ended.


I got no response from Michael Padilla no determination or after thought of the meeting. I waited 30 days than contacted Michael after several emails he responded and had more dates for another Team Meeting.

I picked one but noticed Marcus Stubblefield was Cc'd on the Teams Meeting Invite Email.

I than Adamantly contested against Marcus Stubblefield ring present.

He than asked Gail Stone To Join again she agreed. This meeting was about funding and Michael was leaning towards grants I was aiming for allocation. At this meeting I submitted my whole proposal for King County EATC FACRF Interconnection System.

I read the whole King County EATC FACRF Interconnection System proposal during the meeting and Michael was Extremely impressed and Gail again only wrote notes during this meeting. And Michael did not have sufficient information for allocation.

So I than asked to meet with his Supervisor. He said yes and he would get my file to his Supervisor this Teams Meeting concluded and I immediately emailed Gail Stone since she was a senior administrator to confirm Michael got in touch with his Supervisor and if she could get my proposal to Dow Constantine himself.

Gail Stone than responded the next day agreeing with Micheal that I Should go the grant route and I than re asserted I was looking more towards the allocation route. Gail Stone also had External Relations Director

Office of King County Executive Dow Constantine Cali Knight cc'd in this email but she did not introduce her as Michael Padilla's Director only as Michael's colleague. I researched her and realized she was External Relations Director Office of King County Executive Dow Constantine.

I contacted Cali Knight and as we communicated she confirmed she was the one who had Micheal Padilla And Gail Stone Meet Me.

Cali Knight iterated that I should go the grant process route as Micheal And Gail Did before her.

I also stated to her that I was looking for the allocation process.

We furthered communicated she asked why I did not want to meet with Marcus Stubblefield.

I explained to her the harm he caused not in detail to what but the effect the harm had on

me.
Than she responded and said I was being considered for Dow Constantine's Executives Budget.

August 17 2022 The Day after I was informed of my Executives Budget Consideration I received a Email newsletter from Now Vice Chair of The King County Council Zhilay Girmay and in this newsletter he professed leadership on what was called "King County Crisis Care Centers"

And it was centers that would be addressing the mental disparities and substance abuse regionally across king County with multiple locations.

Also he and the King County Council Members were moving forward to create proposals and legislation around this model and he had just returned from Arizona looking at a similar model.
And that they weren't reinventing the wheel. And earlier that day he was at a coalition meeting of partners and people formed around this King County Crisis Care Centers.

I immediately saw that this was a exact derivative of three points ( mental disparities , substance abuse, (regional )across king county - multiple sites application process King County Crisis Care Centers is king counties derived application process ) of my ten points proposal And application process.(My application process Is Called Reconciliation Centers in My Proposal.)

And when I saw what Girmay had said In his newsletter immediately contacted Girmay' news letter and got no response.
I than contacted Cali Knight by forwarding her the newsletter of Girmay and the King County Crisis Care Centers newsletter.

I than asked Cali If she had shared my proposal with him or King County Council Members. She responded no that must of been something I did.

Than I remembered I did. Than I immediately contacted Claudia Balducci's Office  When I initially contacted her office a secretary name Madalyn answered the phone.I was able to ask Madalyn  questions and get reasonable answers. I had wanted to get more information so I called back Claudia Balducci's office the next day. This time a Krista Camenzind Chief of Staff to Claudia Balducci
King County Council, District Six she continued forward and gave confirmation of my proposals presence in her office.
But at Rod Dembowski office his secretary said My Proposal and organization sounded familiar and she would go in that following Tuesday and confirm it's presence at Rod Dembowski's office but never got back with me to confirm.
And I was not able to contact her again his secretary later sent a apology email and said she

didn't go in the office and that she would the following Tuesday to Confirm the Presences of the proposal but she never contacted me again or responded to me.

Previously when I asked Cali Knight about sharing my proposals she said that if I had a problem with King County Council People take that up with them. Because she works for Executive Branch and they are two different Branches.

I got back in touch with Cali Knight via email to ask her if she was familiar with interagency interaction the sharing of information between government branches and if the Cornerstone of government branches was interagency interaction.

And more specifically did her Cali Knight at Executives Branch share or authorize Michael Padilla Or Gail Stone to share the notes that Michael Padilla and Gail Stone had derived and gleamed and stemmed from our two previous Team Meetings I also asked her who the authority was over the King County Council these questions and this email she did not answer at all ever.

Than I contacted the King County Civil Rights and Justice department and Spoke with Jennie ____ and she said since I did not sign a non disclosure agreement or write confidential on my forms that there was no civil rights law violation and there department would not pursue anything.  (Later I realized that by use and by the Executives Branch meeting me via Microsoft Teams Meeting this established my ownership and copyright © of EATC SEATTLE AND KING COUNTY EATC FACRF INTERCONNECTION SYSTEM PROPOSALS)

Than I got in contact with the Ethics and Equity department and spoke with Thomas Barrington and he gave me the information for the King County Ombudsman Office.

I contacted Girmay's office with a email of approach which he did not answer until a week later. In that email I asked him to provide 1) Produce authentic time date stamped documentable correspondences that this king county crisis care clinic concept was created started and pursued before February

2)Produce authentic time dated and stamped documentable correspondences with this king county crisis care clinic coalition and its partners and participants started before February

After this I contacted the King County Ombudsman Office submitted my complaint encompassing 3 King County Executive Branch Employees
and 3 King County Council Members One Chair Vice Chair and Ex Vice Chair.
When I initially contacted the Ombudsman office by phone they informed me they couldn't investigate King County Council Members they were out of their jurisdiction. I than asked was there not authority over authority than they said file the complaint and they will look at it and determine if it would be discarded or if they would put someone on it. September 14 2022 they had a review and they put a deputy ombudsman on it.

A few days later I got a email response from Girmay denying and saying he never saw my Proposal and that Crisis Care was best practiced and been in existence for several. And sent links to show this. I did not respond I just forwarded Girmays response to the ombudsman.

And simultaneously it was brought to my attention by two colleagues of mine that the Mayor of Seattle Bruce Harrell had had a news conference and release about
 "Down Town Seattle Command Centers" And that he derived multiple points from my proposal I sent to him. Including application process (Mine Is Called Reconciliation Center) I than contacted his office and they confirmed my proposal was in his office .
After that receipt and confirmation I sent Mayor Bruce Harrell a letter of of approach and a email of approach September 21 2022.

Mayor Bruce Harrell Did not Respond. To both letter or email of approach. I than forwarded the email of approach I sent Mayor Bruce Harrell to the ombuds email.

Than two hours later I received a phone call from Deputy Ombuds King County Ombuds Office  Luke Oh for the first time to tell me his findings on my complaint.
But Luke Oh said when he first saw my complaint he said hey there might be something to this complaint. ( this portion I am now mentioning I did not place in my original cc'd email because it had passed my mind. But now in this stage I remembered and under oath Luke Oh will have to tell the truth and  remember because it is what Luke Oh said happened that he originally saw the complaint he said hey there might be something to this complaint )
Than Luke Oh moved on and talked about Girmay and how I was alleging a King County Vice Chair was responsible of taking parts of  my proposal. And about the beneficial interest being misconstrued because I said the beneficial interest was publicly and public and community notoriety.  I than reminded him my complaint had five other people other than Girmay in it and I had four other policy violations than the one he was focusing on. He said that he did not find grounds ethically to investigate.

I than asked Luke Oh if I could speak to his Supervisor. Luke Oh Cc'd me and his Director Of King County Ombudsman Amy Calderwood and himself on a introductory email for Amy Calderwood and myself I stated quote "To get right to my reasoning of our Cc.
My concern is that Luke Oh was not able to encompass the whole ethical comprehensiveness and keen nature of my complaint with his deputy ombudsman duties.

On 9/26/2022 at 11:47 am Luke and I had a phone conversation.  I asked several times if Amy Calderwood would give my complaint to a Senior more seasoned experienced deputy ombudsman Officer to look into my complaint with more of a seasoned eye to look into the things Luke Oh missed and if she did that I would feel that the King County Ombudsman Office had did everything in its power to solve my claim

Luke also mentioned there was a form of a internal Ombudsman meeting held involving your office.

I am curious to how so limited information about my ethics complaint made it through and out of this this internal Ombudsman meeting with he and your colleague.

To actually make it back to me with such a limited perspective and definition of ethics from your Ombudsman office about such a comprehensive and keen ethics complaint.

Luke Oh's response email confirmed his siding with Girmay by sending links from Girmay about the National guidelines of Crisis Care  from Samhsa  not what I was referring to particularly "King County Crisis Care Centers" two totally different entities confirmed different by Girmay himself King County Newsletter.  Which showed me that Luke Oh had decidedly to ethically go with Girmay and his bias ness with insult and derogatory divisive comments against me.

The Next Day I Than contacted Amy Calderwood on a separate email thread where I again adamantly asked her to have a Senior more seasoned experienced deputy ombudsman look into my complaint.

In which she agreed she would. I saw that was only a pacification and a rues to do what I asked only on the surface and in word because within a hour and and 37 minutes Senior Deputy Ombudsman Officer Jonathan Stier contacted me emai asking when could we talk I said the next day between 1 and 4 pm.

Less than 21 hours later I received the phone call from Senior Deputy Ombudsman Officer Jonathan Stier he listened to me and by the end of the call still less than 22 hours after Amy Calderwood said she would have Senior Officer look into it he was concurring with Luke Oh which conducted his preliminary investigation  12 business days showed himself to be bias with Girmay and Luke Oh Made his initial contact with me the morning I forwarded him the Letter of Approach to Bruce Harrell less than three hours after.

So at the end of the phone call with Senior Deputy Ombudsman Officer Jon Stier and him stating his position I knew it was no relief and a departmentalized internalized answers given me and Jonathan Stier Was only a mere formality to pacify but Amy Calderwood to try to keep the King County Ombudsman Office in what I stated have done all in its power to satisfy my relief.

But in all actually Deputy Ombudsman Jonathan Stier only deepen my thought of no relief or remedy or reprimand from this office and insult and harm of only looking at the complaint itself literally and not looking into it as in the facts of the complaints they asked me to state in the instructions of the submission of the policy of complaint submission.

I had also sent a email asking Amy Calderwood quote I understand you said Senior Deputy Ombudsman Mr Jon Stier could look at my original complaint. I would also ask could he look at that second half Of The Bruce Harrell Unethical aspect from my email sent to the ombuds@kingcounty.gov email September 26 2022 at 9:am as well.

Because this September 26 2022 at 9:00 am portion about Mayor Bruce Harrell  unethical

actions came to my attention after my original 6 person complaint.

It is of the exact nature of the original complaint but with more policy violations.

And it seemed that approximately 2 hours and 45 minutes give or take after sending that September 26 2022 email is when I received a phone call from Luke Oh stating his ruling on my complaint. And to ask was that Bruce Harrell unethical behavior September 26 2022 email I sent the ombuds@kingcounty.gov email have any bearing on Luke Oh September 26 2022 approximately 11:45 am phone call.

Because before than I did not know the name or email of the deputy ombudsman that was assigned to my original complaint.

I know that Luke Oh already had his decision made about Girmay already by his approach to our September 26 2022 phone call." Quote Amy Calderwood never responded to these questions or had Senior Deputy Ombudsman Jonathan Stier look into it because he never mentioned Mayor Bruce Harrell in our phone call.

Than establishing the factor his position with the insults and shared links to Girmay defense in our September 27 2022 Cc'd email.


So in conclusion at this moment I knew I had to seek a higher agency to look at the facts that it seems the King County Ombudsman Office only went further to Obscure which led me to the United States Civil Court.


A place I hope where justice and equity will Reign. And would look at the facts as they are.

Because the King County Ombudsmans only furthered the divide of justice with more obscuring of justice and unanswered questions with a in-house policy protecting the very people that are harming the people with there governmental position of authority over the people. Thank you for you time I now rest my Statement of Case and issues.


I would like to also add And upon initial contact with Elise the secretary at the king County Ombudsmans office she told me that they did not have Jurisdiction to investigate King County Council Members than I said to her I thought there was authority over authority. Than She said yes submit your complaint and the Ombudsman would look into it. Than I called back in to the King County Ombudsman's Office on another day to ask if there was any other submissions need from me and Elise said no but she had read my complaint and that in fact it had not one but three Council Members in it a Chair and a Vice Chair at that and they didn't have jurisdiction at the Ombudsman Office to investigate. Than I asked her what should I expect than. After that Question she said my complaint was coming up for review on September 14 and the Ombudsman Woman would decide if they would put someone on it or through it out and I would be contacted September 14. Than I called back September 15 after no contact on the 14 and said to Elise No one had reached out to me what had happened. Than she said She and the Ombudsman Woman had looked at it in review and they had decided to put a Deputy Ombudsman on it. In my excitement I thanked Elise and she said hold on don't get to excited this only means they put a Deputy Ombudsman on it look into it not a formal investigation. Than I asked but they did see something in the complaint enough to move forward and put a Deputy Ombudsman on it and Elise said yes they did. And I asked

was this like a preliminary investigation and she said it was. And if the Ombudsman Woman saw enough to put a Deputy Ombudsman on it this confirmed validity of complaint and if Luke Oh deemed these King County Government Agents Actions Ethical And Sent me links to Samhsa Crisis Care Curriculum to say that It has been in existence for years without true consideration. This is why I asked Ombudsman Director to place a seasoned Senior Deputy Ombudsman on it to further consider the obvious. What type of preliminary investigation would look into what a King County Council Member that is under complaints links but look into the Person who submitted the Complaints Reference of news letter to see that unethically Girmays deflection of responsibility and weak attempt to evade accountability submitted a Samhsa Crisis Care Curriculum Which was a total different entity and creation than These King County Government Agent And Officials of Trust And Honors King County Crisis Care Centers model" further. And the synchronicity of this Deputy Ombudsman Calling to terminate the preliminary investigation 2 plus hours after submitting my letter of approach to Seattle Mayor Bruce Harrell. (And my suspicions confirmed while I was preparing this US District Court Complaint Of Going back over Girmays Newsletter image to identify Seattle Mayor Bruce Harrell in Picture with Girmay and King County Council Members in the news letter the Ombudsman apparently decided not to preliminary investigate) This confirmed why the preliminary investigation was ended 2 plus hours after my submission to the ombuds email my letter of approach to Seattle Mayor Bruce Harrell. And further screams that no remedy was possible on this realm and plain of interagency King County City of Seattle arena.

With Emails and questions answered and questions ignored and not answered confirming this point stronger than this statement and argument ever could.

So in this it shows from the offset this King County Ombudsman Office reluctance to initially investigate then after the review of my ethics complaint decide to put a Deputy Ombudsman on the complaint for two weeks than close the complaint the same day two hours after I try to expand the Ombudsman scope of preliminary investigation to the Mayor call to close the complaint. Says  shows they saw the validity in my complaint and the violations but completely disregard it's ombudsman office and official duties chose to listen do the king county governmental agent wall and conclude the preliminary investigation and it's offices official duties to end preliminary investigation so ambiguously and abruptly. Luke Oh's shallow words of reasoning of closing investigation and admittance of this decision being deduced at a Ombusmans meeting and his aggressive assertion of Zahilay Girmay flimsy deflected link share to Samhsa Crisis Care only confirms my points of Where these Governmental Municipality Governmental Agents acted under color because why would now be the time at the same time as me and my proposals are in Seattle and King County ring considered for Dow Constantine's Executive Budget Consideration be the time this dormant Curriculum they said was there three and a half years transform and do a metamorphosis  from Samhsa Crisis Care To This Three Point Fully backed by King County Council And Seattle City Government Agents Now confirmed by images I have to submit in exhibits. And simultaneously Seattle Down Town Criss Care Centers is being pushed forward by Bruce Harrell but shown fully supported by King County Council because of the picture of Bruce Harrell at the Newsletter release of public By in for King County Crisis Care Centers. These

obvious facts confirm totally All I've presented to King County but ignored because remedy would not be given but denial of opportunity bias ness and breach of Constitutional rights done under color of law in this MultiBranch

MultiPerson

Multilateral

Multifaceted  King County Municipalities Governmental Agency and Agents betrayl of there offices of Trust and Honor.

Within this complaint and up and coming freedom of information act information with email exhibits and arguments I will show factually where and how these King County and City of Seattle municipalities and  governmental agents acted under color of law against United the States Constitution We the People Us the People Me the People.

And After Exhausting All Efforts In Seeking Remedy In the King County Realm and Exhausting every possible path and option in the king county realm.

And After the The King County Ending preliminary investigation so abruptly with the King County Ombudsman bias and demeaning position on my complaint.

 I have no alternative but to escalate up to higher authority over authority for true remedy and relief. To now expand option  to seek resolution Remedy and Relief with the next height of option.

So I Am Now here at the US District Court This Western District Of Washington This United States Constitutional Court.

Under Article 1

Section 8 and Under Article 3 Section 2 Of The United States Constitution.

I have emails correspondences I've printed out that I intend to submit as exhibits to confirm as fact all that has been spoken in this 1983 Civil Rights Complaint to show in deeper context how The Municipality of King County and The City of Seattle And these Individual agents acted under color of law.

 I also activated my right to the freedom of information act To obtain 10 years of records with keys words submitted as well as five other individuals that are possibly in collusion and accomplice to the  currently listed in this current complaint.

But it seems some  of the individuals that were listed for release of information to me have created a different time table from what was given to me by the King County Records Specialist

Thien-Trang Tran told me on the date of confirmation of receipt of my freedom of information act request. There is no end to this King County Municipalities Governmental Agency And Agents And It seem even now this group of men and women are still acting under color of law

now as this complaint reaches you chambers. Hence it is all happening all over again even now.

I thank you and now I rest.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

## US DISTRICT COURT WESTERN DISTRICT OF WASHINGTON 1983 Injury And Relief

**Injury:**
From King County and City of Seattle Municipalities in the form of a
MultiBranch
MultiPerson
Multilateral
Multifaceted
Multilayered
 Suit
 {Against the performance by a Government Official And Agent public official Constitutional Representative with Offices of Trust and Honor acting under color of law.

Acting illegally unjustified, harmful, and damaging ; wrongdoing
 (Shown first but ignored in my original Ombudsman complaint of an act in [5] violation of a public trust found in the king County Ethics Policy where there was a acknowledgement of effect which was enough to launch preliminary investigation but this investigation stopped by unjust un equitable means of king County Officials and policy.

counteracting its agents and agencies to investigate and create remedy for each other and against me.   Causing the exhaust of all remedy in the King County realm of remedy. So I now seek remedy and compensation from the US District Court).}

By Using there multifaceted multi-branch multi-person multilateral and multilayered betrayal of trust to there offices of honor and trust.

While simultaneously utilizing there multiple offices to act under color of

law of there King County and Seattle Municipalities.

To intimidate perpetuate strategy against myself Walter Hayden

Creating and applying misdirection, disillusion doubt and lies to covertly hide the intent of there multi-persons multi Branch multifaceted multilateral multilayered actions conspiracy plan and implemented actions.

Multifaceted because of because of the many aspects phase approaches and use of the multi-person and multi-branch multilateral and multilayered interagency interactions in it self.

All purposed for extraction and dispersement of my Mental Information Architecture And Intellectual Real Time Application Designs and personal experience Insight discernment and Information to not give me Author Inventor my exclusive rights to my Writings and Discoveries .

With a deceptive guise of Governmental Agent And Municipality confidence gaining trust and honor from the standing of office trust and honor.

These actions from 10 separate people from 4 separate offices being in the same agenda of this proprietary magnitude ranging from King County Council Members to a City Of Seattle Mayor Official And County Executive Employees and Ombudsman Office Employees.

With the Ombudsman supposing to be the protectors of Equality for the people of King County.

The municipality king County and Seattle City Government Agents and Branch working cohesively to such a egregious multifaceted multi-branch multi-person multilateral multilayered manner under the guise of trust and honor while working against and totally undermining the trust of we

the people, us the people, and namely me the people.

Truly betraying and breaking this most valued trust with and by every correspondence and non correspondence and every communication and non communication occurring.

This multi-branch multi-person multifaceted multilateral and multilayered nature and aspect is the worst corrosion of trust in itself.

The blatant misinformation given from four different directors working multilaterally with multiple municipal  government agents employees of there offices to execute this harm and damage.

One Director of External Relations namely that deals directly, with and for the trust of the people in the External Relations capacity.

The Bridge path and portal of relationship between the Executives Office community and people.
In a office that should be held and handled at it highest and truest since of responsibility accountability trust and honor and standard.

But this is where portions of the most heinous harm damage conspiracy and actions happened. In cloaking manipulating and misdirecting of actions under color of law happened Where Cali Knight Herself said she was the one to have Michael Padilla and Gail Stone meet me.

When this statement was said it was to win my confidence in her and there process but it was also said to hide much darker intentions of her and King Counties and the Seattle Cities actual reasoning to why she set up those meetings in the first place.

Only to be coupled as accomplices by the King County Councils Chambers action of inner office strategy.

So obviously applied between Claudia Balducci's King County Council Office of Trust and Honor And Rod Dembowski's Office of Trust and Honor (strategy explained in detail in original Ombudsman complaint) only for a receipt.

This deception and total disregard of request and fulfillment of routine office services totally neglected and deflected from by councilman Rod Dembowski's Office happened with a well known King County Council Rival and Nemesis working willingly together to the ends to act under color of law disregarding there Governmental constitutional responsibilities of office against We the People Us The People Me the people namely Walter Hayden

(With Diabolical Demeaning And Defacing of Mental Information Architecture And Intellectual Real Time Application Designs by 9 King County Governmental Municipality's Agents Micheal Padilla Gail Stone Cali Knight Zahilay Girmay Claudia Balducci Rod Dembowski Amy Calderwood Luke Oh and John Stier) And 1 Seattle City Governmental Municipality Agent Bruce Harrell working in unison as a king County Agent confirmed in image.

This showing confirmation to my original discernment and insight of suspicions of King County and City of Seattle inner-agency inner-working Cohesively to remove me from opportunity while gaining as much intellectual Information and experience From Myself in notes to go with my two proposals EATC Seattle and King County EATC FACRF Interconnection System proposals.

With Completely blatant Conspiracy Natured executed implemented Actions.

These committed by using there attorney knowledge to perpetuate breach of trust against the people Us the people We the people Me the people. With their offices of Trust and Honor being but exploiting there authority as officers of Trust and Honor to the people Us the people We

the People Me the People.

Taking office title and name to maliciously and purposefully manipulate current office and position creating a huge King County and City of Seattle Web of corruption and deceit similar to a spider web ☐ to catch and take my Mental Information Architecture And Intellectual Real Time Application Designs and intentionally and purposefully and deceitfully gleam intellectual properties experience insights and knowledge from my self and persons in thier derived Gleamed and stemmed notes from the Microsoft Teams  meetings.

Harming and damaging my mind spirit heart and soul harming and damaging my relationships with the people I love because the consuming overwhelming nature of trying to grasp and live with day by day this whole occurrence with this being the second crushing betrayal of trust by King County for a second time made it completely overwhelming and depressing.

The First King County Credible Messengers Ordeal I survived with great harm and damage but was able to reinvent myself and reassert myself in what I feel is my God and Christ Given duty to help the people of the many but one communities. And This Multifaceted MultiBranch MultiPerson Multilateral Multilayered Ordeal is far greater to carry and handle.I am only moving forward because of the sheer desire for this not to happen to me again and others at the hands of the same Governmental Branch that so reprehensibly harmed and damaged me before.

But this mental harm and damage was by far worse  because of the Offices of The King County Branches that executed these actions on me and the subsequent denial of proposal while garnering full opportunity to the models that were so obviously derived from me.

But since these Governmental Municipalities acted so blatant and arrogantly shown in some of there posturing and position with their responses and choice of specified words.

Than in the complete polar opposite the neglect to even respond for accountability there Governmental offices of Trust and Honor mandate and require they give We the People  Us the People and Me the people.

Which was so arrogantly and confidently disregard because these persons believed they were above the law and there Municipality Offices shielded them from operating in the full capacity there offices mandate.

So between these two polar spectrums of arrogantly rudely harmfully and damagingly responding and answering and arrogantly confidently damaging and harmfully not responding ignoring and not answering.

With both these polar opposite spectrums and all the time expiring in between causing great mental anxiety depression harm and damage these created.

And coupled with their king county newsletter and their media outlet releases and positioning of there King County Crisis Care Centers and Seattle Down Town Command Centers.
Combined with there colleague, office and interagency interaction and actions against me I am devastated.

I am only able to move forward by the breath of desire of justice righteousness and accountability in my heart and mind this MultiBranch Action Has to have. This MultiBranch
MultiPerson
Multilateral
Multifaceted
Multilayered harm and damage incurred to myself.

Compounded with past King County actions that happened before but now so much more with the magnitude and scope of this nightmareish unrealistic but totally realistic occurrence and happening against me and

my organization. I am astounded.

But by the light being shined on this shade happening under color of law happening to me. It also brings to light potentially all the past unsuspecting gullible and Naive Victims only desiring to work with this governmental authority and system to work with the people.

And to help shield the future people and organizations from the same actions happening to them.

To circumvent these actions from happening futuristically.
 And help The good people with right motives and intentions from being met by the bad governmental agency people that abused the government and system.

And stopping the abuse of vision and pursuit of liberty in the recreating of purposes and visions. And these bad governmental agent's destroying them and remaking them in a different ways these bad governmental agents want them yo be.
So that the people do not receive the full blessing release and help that
 was purposed and intended for them from the people by the people because Us the People We the People have the answers to our plight but far to long for beneficial interest and economical interests and many other interest they never reach us the People with the true power and energy that will help the people.

So the people of the community that are in dire need of it and who it is truly intended for never receive what they need. But only a partial version generic replica devoid of the life substance and nutrients given in the incubator of imagination that every author Inventor and writer and Discover dream and imagines to create in each creation and works to manifest this dream for its fellow man. But met by such
excessive hostility and injury and mental damages that so frequently go unnoticed or unpunished like that came from these three King County branches and one Seattle City Branch and 10 participants.

All creating a excessive multilateral and multifaceted multi-branch multi-person multilayered   offensive oppressive strategy and attacks against me over a eight month period of time.

 From silent manipulative  methodical to outright loud blatantly and negligently committed against me creating multifaceted harm damages and mental personal injury

And Than we multiply this by the extent went to, to establish these Models and the power within the tools used to generate beneficial interest and community support by establishing a false guise of ownership.

In the news and in the Definition of news itself concurs in there combined actions of beneficial interest in establishing ownership and community buy in over my true ownership and my organization ownership which I am its true creator.

And to look at what news is and does and how it is selected to be news and the degree and extent the news format is being publicized shows the that this apparatus is a power device within itself.

And the definitions within the definition news is within itself. newsworthy newscast shows how that beneficial interest and the high degree these groups acted under color of law. This false perception of ownership has to be seen of importance and if newsworthy information and interest first and within itself to be publicized as news of any form.

And these individuals used there names there elected offices of Trust and Honor with title and status from governmental elected offices magnified and amplified the reception of the public because the Trust  and Honor these names and offices and titles require to even obtain and posses them.

And because of the public and governmental diplomatic process required

to be them.

And this enhanced and  propelled tremendously and monolithically the already amplified news apparatus even further making newsworthy news a must see and believe and thus only scratches the surfaces the breach of trust and damages and harm and violations against myself my organization and my Campaign.

news worthy
newsletter and television media news broadcast.

Just being on these news platforms show the calculation forethought capacity and degree of deceit under color of law committed for beneficial interest that was desired and acted upon to receive manifest have and possess for the governmental agents.

And in these forms being done shows the unequivocal or unprojectable undeniable damages to me incurred by these Governmental branches of offices and titles and people in using these news outlets.

To have the public people and community's by in to their derived stemmed from and gleamed models from my models and there benefital interests.

It is unrepairable unmeasurable and if I wasn't a believer unforgivable the damage and harm to me and my organizations mission  work and campaign.

This Breach of Trust and Honor causes damages harm and losses incurred in a capacity of public and community support and acceptance because of there Branch Office Titles And Persons On Two Of The huge accepted public platforms news and King County newsletter and the trust it carries to the people and community on a whole.

And the manipulation of that relationship is another aspect and facet itself of the multifaceted portions to define the multifaceted scope of this Malfeasance Suit.

With the magnitude of the breach of my Mental Information Architecture And Intellectual Real Time Application Design Than to Deny My Proposal funding and finical support opportunity to flourish. Misappropriating recognition to there derived gleamed stemmed models away from myself the Author Inventor writer and Discover of The EATC Seattle and King County EATC FACRF Interconnection System Proposal.

And the Executives Budget awarding of funding and access funding to these King County and Seattle City models that derived from my proposals
 says publicly the submission and consideration of my proposals into the County Executive Budget  Further reaching extending and compounding the Harm and Damages of Charcter To myself

from there news outlets news letter and media publicity propelling and rippling outward and forward a incalculable reach of people.
With the Denying myself and my organization its Authorship of invention and Exclusive rights rights of These EATC Proposals Writing and Discovery In A great public exhibition of silent victory of dismantling my Authorship And Inventors Exclusive Rights to my Writing and Discovery while publicly giving it to others of there King County And Seattle City Hall Counterparts and Colleagues.

And giving full funding availablit to King County Crisis Care Centers and Seattle Down Town Command Centers causing un countable damage to myself and organization because all Will believe there derived gleamed stemmed counterfeited models is the true authentic model while only in there king County and Seattle city hall chambers knowing the truth.

But all the while defacing my whole work and campaign I worked so

diligently to do to establish the ground work and community by In.

All the time and energy I did to gain what little community support I could gain.

And all my work wiped out completely be these Governmental municipalities.

Leaving me completely empty damaged and seeming untrustworthy because my model was replaced by these individuals who hold offices of trust and honor acting under color of law and office.
Mental Anguish from all the mental trauma associated to the actions of these King County and City of Seattle municipalities and governmental agents.

Relief:
I ask for $250 million dollars in compensation and $50 million in punitive damages.

And a injunction to cease and desist all King County Crisis Care Centers and Seattle Down Town Command Centers from moving forward into actuality now and perpetually in the future.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   11/28/2022

Signature of Plaintiff   *Walter G Hayden Jr*
Printed Name of Plaintiff   Walter G Hayden Jr

### B.    For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
_____
           City              State        Zip Code
Telephone Number   _____
E-mail Address   _____