UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WALTER HAYDEN,

            Plaintiff,

  v.

CALI KNIGHT, et al.,

            Defendants.

Case No. C22-1527-JHC

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

      Plaintiff is proceeding *pro se* in this civil rights action and applied to proceed *in forma pauperis* (IFP). Because Plaintiff's application indicates that he is unable to afford the Court's filing fee, he financially qualifies for IFP status under 28 U.S.C. § 1915(a)(1). Accordingly, Plaintiff's application to proceed IFP, Dkt. 1, is GRANTED. The Clerk is directed to send copies of this order to Plaintiff and to the assigned District Judge.

      Dated this 6th day of December, 2022.

                                          S. KATE VAUGHAN
                                          United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1