1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTER HAYDEN et al., | CASE NO. 2:22-cv-01527-JHC |
| Plaintiff, | ORDER |
| v. | |
| CALI KNIGHT et al., | |
| Defendants. | |

      This matter comes before the Court on *pro se* Plaintiff Walker Hayden's Request for Service by US Marshal, which the Court construes as a motion. Dkt. # 8. Mr. Hayden is proceeding *in forma pauperis* ("IFP"). *See* Dkt. # 5. Upon an IFP plaintiff's request, "the officers of the court shall issue and serve all process." 28 U.S.C. § 1915(d). Federal Rule of Civil Procedure 4(c)(3) further provides, "At the plaintiff's request the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis . . ." Fed. R. Civ. P. 4(c)(3).

      Pursuant to Rule 4(c)(3), the Court GRANTS Mr. Hayden's motion and ORDERS:

ORDER - 1

1) The Clerk to provide five copies of the complaint (Dkt. # 4) and a copy of the summonses (Dkt. # 6), to the United States marshal or deputy marshal within five (5) days of the date of this order; and

2) The United States marshal or deputy marshal to serve Defendants with a copy of the applicable summons and the complaint within 30 days of the date of this order.

Dated this 21st day of December, 2022.

John H. Chun
United States District Judge

ORDER - 2