1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTER G. HAYDEN, JR. )<br>　　　　　　　　Plaintiff, )<br>　　vs. )<br>　)<br>CALI KNIGHT, Executive Director External )<br>Relations; GAIL STONE, Law and Justice )<br>Policy Senior Advisor; MICHAEL PADILLA, )<br>External Relations Associate; CLAUDIA )<br>BALDUCCI, King County Council; ROD )<br>DEMBOWSKI, King County Council; )<br>ZAHILAY GIRMAY, King County Council; )<br>AMY CALDERWOOD, Director of King )<br>County Ombudsman's Office; LUKE OH, )<br>Deputy, King Ombuds Office; JONATHAN )<br>STIER, Senior Deputy, King County Ombuds )<br>Office; BRUCE HARRELL, Mayor of Seattle; )<br>KING COUNTY; CITY OF SEATTLE & )<br>MUNICIPALITY, Governmental Agencies )<br>and Agents, )<br>　　　　　　　　Defendants. )<br>　) | CASE NO. 2:22-cv-01527-JHC<br><br>ORDER |

　　　　This matter comes before the Court on pro se Plaintiff's "Judgement &

Summary." Dkt. # 10.  To the extent this document is a motion for summary judgment,

it patently lacks merit.  Notably, Plaintiff did not submit any evidence in support of any

ORDER (2:22-cv-01527- JHC) - 1

motion.  Defendants filed an opposition to the motion.  Dkt. # 13.  Plaintiff filed what appear to be two "amendments" to the "Judgement & Summary."  Dkt. ## 14 & 16.  But neither document appears to reply to Defendants' arguments; nor do they otherwise provide a basis for granting summary judgment in Plaintiff's favor.  Accordingly, to the extent that Dkt. # 10 is a motion for summary judgment, the Court DENIES it.

Signed this 17th day of January, 2023.

*John H. Chun*

JOHN H. CHUN
United States District Judge

ORDER (2:22-cv-01527- JHC) - 2